IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| WALTER NELOMS, | * |
| Plaintiff, | * |
| vs. | * |
| | CASE NO. 4:07-CV-77 (CDL) |
| Nurse BYRD and BROWN KEYS, | * |
| Defendants. | * |
| | * |

ORDER ON REPORT AND RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE

After a *de novo* review of the record in this case, the Report and Recommendation filed by the United States Magistrate Judge on January 23, 2008 is hereby approved, adopted, and made the Order of the Court.

IT IS SO ORDERED, this 5th day of March, 2008.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE